UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| PARAMJIT SINGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:25-cv-00161-SCM |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KRISTI NOEM, in her official capacity as | ) | |
| Secretary of the Department of Homeland | ) | |
| Security, et al., | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On January 8, 2026, the parties filed a joint status report stating that "Petitioner Paramjit Singh was released from ICE custody at the Kenton County Detention Center on January 6, 2026." [Dkt. 15 at 1].  Accordingly, it is **ORDERED** as follows:

1)      Petitioner Paramjit Singh's petition for writ of habeas corpus, [Dkt. 1], Motion for Temporary Restraining Order, [Dkt. 2], and Emergency Motion for Summary Judgment, [Dkt. 13], are hereby **DENIED** as moot.

2)      The hearing scheduled for **January 16, 2026,** is **CANCELED**.

3)      A separate Judgment will be entered, and this case shall be stricken from the active docket.

Signed this 9th day of January, 2026.



S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky